THE STATE EX REL. COACH, APPELLEE AND CROSS-APPELLANT, *v.* INDUSTRIAL COMMISSION OF OHIO, APPELLANT AND CROSS-APPELLEE.

[Cite as *State ex rel. Coach v. Indus. Comm.,*
99 Ohio St.3d 547, 2003-Ohio-4699.]

(No. 2002–0631—Submitted August 26, 2003—Decided September 24, 2003.)

{¶ 1} The judgment of the court of appeals is affirmed consistent with the opinion of the court of appeals.

MOYER, C.J., F.E. SWEENEY, PFEIFER and LUNDBERG STRATTON, JJ., concur.

RESNICK, J., concurs in part and dissents in part.

O'CONNOR, J., dissents and would reverse the judgment of the court of appeals.

O'DONNELL, J., not participating.

ALICE ROBIE RESNICK, J., concurring in part and dissenting in part.

{¶ 2} I agree that the Industrial Commission's order denying permanent total disability should be vacated and that this matter should be returned to the commission to issue a new order. However, I would further grant relief pursuant to *State ex rel. Gay v. Mihm* (1994), 68 Ohio St.3d 315, 626 N.E.2d 666.

Butkovich, Schimpf, Schimpf & Ginocchio Co., L.P.A., and Stephen P. Gast, for appellee and cross-appellant.

548

Jim Petro, Attorney General, and Erica L. Boss, Assistant Attorney General, for appellant and cross-appellee.